207 P.3d 148

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| F. Children, In re | 28882, 28883, 28884 | 05/08/2009 | Affirmed |
| Kauilani Ewa, LLC v. Chang | 28223 | 05/22/2009 | Affirmed |